**Petition for Writ of Mandamus Denied and Memorandum Opinion filed June 27, 2023.**



In The

# Fourteenth Court of Appeals

———————————

### NO. 14-23-00447-CV

———————————

## IN RE KRYSTAL KAY BURTON, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**280th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2023-07927**

## MEMORANDUM OPINION

On June 26, 2023, relator Krystal Kay Burton filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator challenges the March 31, 2023 final protective order signed by the Honorable Damiane Dianne Curvey, presiding judge of the 280th District Court of Harris County, as void.

Relator has not established that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Jewell, Hassan, and Wilson.